ORIGINAL

FILED

E-FILING

Fee Paid
$1

1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiffs
   Tony Ho, Jinling Zhang, and Runru Zhang
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                        COMPLAINT
11
   **Tony Ho,**                           ) Case No.
12 **Jinling Zhang,**                      )  **C07 05665 TEH**
   **Runru Zhang,**                        )
13                                         )
14          Plaintiffs,                    )
                                           )  **PLAINTIFFS' ORIGINAL COMPLAINT**
15      v.                                 )  **FOR WRIT IN THE NATURE OF**
                                           )  **MANDAMUS & DECLARATORY**
16 **Michael Chertoff**, Secretary of the  )  **JUDGMENT UNDER 28 U.S.C. § 1361**
   Department of Homeland Security;        )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;  )  **Immigration Case**
18                                         )
19                                         )
          Defendants.                      )
20                                         )
   _____)
21
22      Plaintiffs, Tony Ho, Jinling Zhang, and Runru Zhang, by and through their attorney of

23 record, open this lawsuit against the defendants and will show this Court the following:

24 1.     Plaintiffs bring this case to compel action on the delayed processing of their I-130's,

25 *Immigrant Petition for Relative, Fiance(e), or Orphan.* These applications remain within the

26 jurisdiction of the Defendants who have improperly delayed and withheld action on these

27 applications to Plaintiffs' detriment.

28

   Case No.                          1
   Complaint

1

**PARTIES**

2 | 2.    Plaintiff, Tony S. Ho, is a citizen of the United States, and resides in Concord, CA, which
3 | is within the jurisdiction of this Court.  Mr. Ho is the petitioner of his daughters' I-130
4 | applications.

5 | 3.    Plaintiff, Jinling Zhang, was born on May 4, 1987, and is the intended beneficiary of one
6 | of the above I-130's filed with the United States Citizenship and Immigration Services
7 | ("USCIS").

8 | 4.    Plaintiff, Runru Zhang, was born on April 2, 1990, and is the intended beneficiary of one
9 | of the above I-130's filed with the USCIS.

10 | 5.    Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security
11 | ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is
12 | generally charged with enforcement of the Immigration and Nationality Act, which provides for
13 | the processing of I-130 immigrant petitions.

14 | 6.    Defendant, Emilio T. Gonzalez, is the Director of the USCIS, an agency within DHS, and
15 | this action is brought against him in his official capacity.  Defendant Gonzalez is generally
16 | charged with the overall administration of immigration benefits and services, including I-130
17 | immigrant petitions.

18

**JURISDICTION**

19 | 7.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et*
20 | *seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq*.  Relief is requested pursuant to said statutes.
21 | Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act,
22 | 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

23

**VENUE**

24 | 8.    Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiffs
25 | may request a hearing on the matter in the district where a Plaintiff resides.

26

**EXHAUSTION OF REMEDIES**

27 | 9.    The Plaintiffs have exhausted their administrative remedies.  Plaintiffs have supplied the
28 | USCIS with documents that clearly establish their eligibility to register as immigrants under the

Case No.                                       2
Complaint

1   immediate relative category and, as will be demonstrated by the evidence, have followed up with

2   numerous inquiries and requests to the pertinent administrative agencies attempting to expedite

3   their delayed applications.

4                                   **CAUSE OF ACTION**

5   10.   Plaintiff Tony S. Ho, properly filed two I-130 applications on behalf of his daughters,

6   Runru Zhang, and Jinling Zhang under Section 201(b) of Immigration and Nationality Act

7   ("INA" or "Act"), which provides for the immigration of unmarried children of a United States

8   citizen. (**EXHIBIT 1**)

9   11.   These I-130 applications, the supporting documentation, and $370 ($185 x 2) in filing

10  fees were received by the USCIS California Service Center ("CSC") on June 14, 2004.

11  (**EXHIBIT 1**)

12  12.   On July 2, 2007, Plaintiffs' attorney, Lien Lac, sent an email to the CSC I-130 Unit to

13  inquire about the status of Runru Zhang's I-130 application. In a response email dated July 10,

14  2007, Officer Hopkins from the CSC informed Attorney Lac that Runru Zhang's I-130 was not

15  within the jurisdiction of CSC because the application was now located at the Texas Service

16  Center ("TSC"). (**EXHIBIT 2**)

17  13.   Also on July 2, 2007, Attorney Lac sent an email to the CSC I-130 Unit to inquire about

18  the status of Jinling Zhang's I-130 application. In a response email dated July 10, 2007, Officer

19  Hopkins informed Attorney Lac that Jinling Zhang's I-130 application was pending due to the

20  required Security Checks. (**EXHIBIT 3**)

21  14.   On July 17, 2007, Attorney Lac wrote to the TSC inquiring about the status of Runru

22  Zhang's I-130 application.  The TSC has yet to respond. (**EXHIBIT 4**)

23  15.   On August 24, 2007, Plaintiff's Attorney, Justin Fok, sent an inquiry as to the status of

24  Runru Zhang's I-130 application to the TSC.  Attorney Fok did not receive a response.

25  (**EXHIBIT 5**)

26  16.   On August 24, 2007, Attorney Fok checked the online status of Runru Zhang's I-130

27  application. The USCIS Case Status Update indicated that Runru Zhang's I-130 application was

28  at the CSC. (**EXHIBIT 6**)

Case No.                                 3
Complaint

1   17.    Attorney Fok sent an email to the CSC I-130 Unit on August 24, 2007, inquiring about

2   the status of Runru Zhang's I-130 application.  In a response email dated August 29, 2007,

3   Attorney Fok was informed that Runru Zhang's I-130 application was delayed due to the pending

4   FBI Security Checks. **(EXHIBIT 7)**

5   18.    It has been nearly three and a half years since Plaintiffs first filed their I-130s with the

6   USCIS on June 14, 2004.

7   19.    Although the role of Defendants is pivotal to the security of the United States of America,

8   the Defendants' actions have gone well beyond the expected 6 months processing time for the

9   adjudication of an I-130 Application (Please see California Service Center processing dates for I-

10  130 petitions based on U.S. citizens sponsoring unmarried children under 21, posted October 15,

11  2007 at **EXHIBIT 8**).

12  20.    Defendants have failed to adhere to their own processing times and procedures.

13  21.    Plaintiffs have provided sufficient information to the defendants to complete the

14  processing of Plaintiffs' applications.

15  22.    The defendants have contracted out the name check for Plaintiffs' cases to the Federal

16  Bureau of Investigation.

17  23.    But for the pending name checks, Plaintiffs would receive approval for their I-130

18  applications.

19  24.    After numerous inquiries by Plaintiffs, Defendants have yet to adjudicate the petitions,

20  thereby depriving Plaintiffs of the rights to which they are entitled.

21  25.    Plaintiffs have been greatly damaged by the failure of Defendants to act in accordance

22  with their duties under the law.  Specifically:

23              (a) Plaintiff Tony S. Ho has been unable to reunite with his children and must

24                  spend additional money and take additional time of work to be able to travel

25                  in order to visit with his children.   Due to the China's stringent policies

26                  against emigration, it is exceedingly difficult for Plaintiffs Jinling Zhang and

27                  Runru Zhang to obtain visas to visit their father in the United States.

28              (b) Plaintiff Runru Zhang is unable to obtain citizenship in the United States

Case No.                                      4
Complaint

1    under INA §322, which allows a U.S. Citizen to apply for naturalization for

2    his or her child under the age of 18 who is presently in the United States.

3    Plaintiff Runru is currently 17 years of age and is in imminent danger of

4    losing her ability to naturalize under § 322 of the Act because of the delay in

5    the processing of her I-130 application.

6    (c) Plaintiff Jinlang Zhang was 17 years old when her father first submitted her I-

7    130 on June 14, 2004. Because of the delay in the processing of her I-130,

8    she is no longer eligible to naturalize under § 322 of the Act and now must

9    reside in the U.S. for five years before becoming eligible for naturalization

10    again. Because of the continuing delay of her I-130, Jinlang is unable to start

11    accruing the five years of residency necessary citizenship, thus delaying her

12    obtainment of the rights and privileges enjoyed by citizens of the United

13    States.

14    26.    Defendants, in violation of 28 U.S.C § 1361, have failed to process Plaintiffs' I-130

15    applications, a duty delegated to them by law.

16    27.    Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

17    unlawfully withholding action on Plaintiffs' applications, and have unreasonably delayed action

18    on Plaintiffs' cases.

19    28.    Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

20    unlawfully delaying action on Plaintiffs' applications and have failed to complete the

21    adjudicative functions delegated to them by law within a reasonable time.

22                                    **PRAYER**

23    29.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

24    respectfully pray that the defendants be cited to appear herein and that, upon due consideration,

25    the Court enter an order:

26    (a) requiring the USCIS to complete adjudication of Plaintiffs' I-130s within 60 days of

27    receiving the Court's order;

28    (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

Case No.                              5
Complaint

1    (c) granting such other relief at law and in equity as justice may require.

2

3    Dated: November 7, 2007                              Respectfully Submitted,

4

5                                                        Justin Fok, CSBN: 242272

6                                                        Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                              6
Complaint

**EXHIBIT LIST**

Exhibit 1:     I-130 Receipt Notices

Exhibit 2:     Email correspondence between Attorney Lac and Officer Hopkins

Exhibit 3:     Email correspondence between Attorney Lac and Officer Hopkins

Exhibit 4:     Inquiry sent to USCIS Texas Service Center from Attorney Lac

Exhibit 5:     Fax inquiry from Attorney Fok dated August 24, 2007

Exhibit 6:     Online case status check dated August 24, 2007

Exhibit 7:     Email correspondence between Attorney Fok and Officer Hopkins

Exhibit 8:     USCIS CSC Processing dates posted October 15, 2007

Case No.
Complaint

**Exhibit 1**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I130    IMMIGRANT PETITION FOR RELATIVE, |
|---|---|---|---|
| WAC-04-183-53391 | | | FIANCE(E), OR ORPHAN |
| RECEIVED DATE | PRIORITY DATE | PETITIONER | A21 377 792 |
| June 14, 2004 | | | HO, TONY S. |
| NOTICE DATE | PAGE | BENEFICIARY | |
| June 17, 2004 | 1 of 1 | | ZHANG, RUNRU |

TONY S. HO
2812 E 21 ST
OAKLAND CA 94601

**Notice Type:** Receipt Notice

Amount received: $ 185.00

Section: Unmarried child (under age 21)
of U.S. Citizen, 201(b) INA

The above application or petition has been received. It usually takes 990 to 990 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the Internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Serv

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-183-53401 | | CASE TYPE  I130   IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE<br>June 14, 2004 | PRIORITY DATE | PETITIONER  A21 377 792<br>HO, TONY S. |
| NOTICE DATE<br>June 17, 2004 | PAGE<br>1 of 1 | BENEFICIARY<br>ZHANG, JINLING |

TONY S. HO
2812 E. 21 ST
OAKLAND CA 94601

Notice Type: Receipt Notice

Amount received: $ 185.00

Section: Unmarried child (under age 21)
of U.S. Citizen, 201(b) INA

The above application or petition has been received. It usually takes 990 to 990 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (000) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 11/28/00) N

**Exhibit 2**

**Lien Lac**

| | |
|---|---|
| **From:** | CSC XII 130 [CSC-XII.130@dhs.gov] |
| **Sent:** | Tuesday, July 10, 2007 1:33 PM |
| **To:** | Lien Lac |
| **Subject:** | RE: Case past processing time |

Unable to update.

The California Service Center (CSC) does not have jurisdiction over this
petition; it is located at the Texas Service Center (SRC).

Officer Hopkins
csc

-----Original Message-----
From: Lien Lac [mailto:lLac@jclawoffice.com]
Sent: Monday, July 02, 2007 11:23 AM
To: 130, Csc-XII
Subject: Case past processing time


Dear Officer,

The following case is past normal processing time for this service
center.

Receipt #: WAC0418353391
Petitioner: Tony S. Ho
Beneficiary: Runru Zhang
Received date: June 14, 2004
Section: Unmarried child under 21 of U.S. Citizen

Attached is form G-28.  Please provide an update.

Thank You,

Lien Lac, Attorney at Law
Law Offices of Jean D. Chen, A Professional Corporation
2107 North First Street, Suite 300
San Jose, CA 95131
Tel: 408-437-1788
Fax: 408-437-9788
Email: lLac@jclawoffice.com

**Exhibit 3**

## Lien Lac

**From:**       CSC XII 130 [CSC-XII.130@dhs.gov]
**Sent:**       Tuesday, July 10, 2007 1:28 PM
**To:**         Lien Lac
**Subject:**    RE: Case past normal processing time


I have updated the system to indicate that you are the representative
for this case.

The processing of this case has been delayed as USCIS is currently
awaiting the results of required security checks. These background
checks are required of all who apply for the immigration benefit you are
[your client is seeking].  USCIS will make every effort to make a
decision on this case as soon as the security checks are complete.  If
you do [your client does] not receive a decision or other notice of
action from us within 6 months of this letter, please feel free to
contact us.

For further information regarding the security check process please
refer to
http://www.uscis.gov/files/pressrelease/security_checks_42506.pdf

Officer Hopkins
csc

-----Original Message-----
From: Lien Lac [mailto:lLac@jclawoffice.com]
Sent: Monday, July 02, 2007 11:17 AM
To: 130, Csc-XII
Subject: Case past normal processing time

Dear Officer,

The following case is past normal processing time for this service
center.

Receipt #: WAC0418353401
Petitioner: Tony S. Ho
Beneficiary: Jinling Zhang
Received date: June 14, 2004
Section: Unmarried child under 21 of U.S. Citizen

Attached is form G-28.  Please provide an update.

Thank You,

Lien Lac, Attorney at Law
Law Offices of Jean D. Chen, A Professional Corporation
2107 North First Street, Suite 300
San Jose, CA 95131
Tel: 408-437-1788
Fax: 408-437-9788
Email: lLac@jclawoffice.com

Exhibit 4

# *$\mathcal{J}$* LAW OFFICES OF JEAN D. CHEN

2107 N. FIRST STREET, SUITE 300 · SAN JOSE, CA 95131 · TEL: (408) 437-1788 · FAX: (408) 437-9788 · WWW.JCLAWOFFICE.NET

July 17, 2007

USCIS
Texas Service Center
PO Box 851488
Mesquite, TX 75185-1488

> RE:     Case past normal processing time
>         Receipt #:      WAC0418353391
>         Form:           I-130 – Unmarried child under 21 of U.S Citizen
>         Petitioner:     Tony S. Ho
>         Beneficiary:    Runru Zhang
>         Received date: June 14, 2004

Dear Officer:

The above stated case is past normal processing time. I contacted the California Service Center where the case was originally filed and was informed that the case is located at the Texas Service Center. Please provide an update as to the status of this case.

Sincerely,

Lien Lac
Attorney at Law

Enclosures:
G-28
I-130 receipt notice
Printout of E-mail correspondence with CSC

**Exhibit 5**

# FAXED

## *J* LAW OFFICES OF JEAN D. CHEN

2107 N. FIRST STREET, SUITE 300 · SAN JOSE, CA 95131 · TEL: (408) 437-1788 · FAX: (408) 437-9788 · WWW.JCLAWOFFICE.NET

August 24, 2007

USCIS
Texas Service Center
PO Box 851488
Mesquite, TX 75185-1488
Via Fax (214) 962-2632

       RE:    Case past normal processing time
              Receipt #:    WAC0418353391
              Form:          I-130 – Unmarried child under 21 of U.S Citizen
              Petitioner:   Tony S. Ho
              Beneficiary:  Runru Zhang
              Received date: June 14, 2004

Dear Officer:

       The above stated case is past normal processing time.  I contacted the California Service Center where the case was originally filed and was informed that the case is located at the Texas Service Center.  Please provide an update as to the status of this case.

Sincerely,

Justin G. Fok
Attorney at Law


Enclosures:
G-28
I-130 receipt notice
Printout of E-mail correspondence with CSC

**Exhibit 6**




Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Change Of Address

Services While Your
Case is Pending

Civil Surgeons

Processing Times

Case Status Online

Case Status Search

Register

Login

**Receipt Number: WAC0418353391**

**Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN**

**Current Status: Case received and pending.**

On June 16, 2004, we received this I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status



**08-24-2007 03:40 PM EDT**

# Exhibit 7

**JFok**

| | |
|---|---|
| **From:** | "CSC XII 130" <CSC-XII.130@dhs.gov> |
| **To:** | "Justin" <jFok@jclawoffice.com> |
| **Sent:** | Wednesday, August 29, 2007 1:10 PM |
| **Subject:** | RE: Case Past Processing Time |

The processing of this case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of this letter, please feel free to contact us.

The status of the case, processing dates, addresses and necessary information can be found on line at www.USCIS.gov. Under "Check Case Status", enter the receipt number i.e. WAC. You can also sign up to be notified of any changes occurring with this petition.

Officer Hopkins
csc
*Please enter the receipt number in the Subject line above when sending inquiries.*

---

**From:** Justin [mailto:jFok@jclawoffice.com]
**Sent:** Friday, August 24, 2007 4:59 PM
**To:** 130, Csc-XII
**Subject:** Re: Case Past Processing Time

Dear Officer:

Please note that I am now the attorney of record for this client. Please see attached form G-28 for this case.

My colleague Lien Lac e-mailed you on July 2, 2007 requesting a status update regarding our case that is past normal processing time. You indicated in your e-mail back to her on July 10, 2007 that the California Service Center does not have jurisdiction over the case and it is now located at the Texas Service Center. During our online check of the case, today, August 24, 2007, the status update indicated that the case is at the California Service Center location. Could you kindly inform us as to which service center the case is actually at and, if the case is indeed at the California Service Center, could you please kindly provide us with a status update.

Receipt #: WAC0418353391
Petitioner: Tony S. Ho
Beneficiary: Runru Zhang
Received Date: June 14, 2004
Section: Unmarried child under 21 of U.S. Citizen.

Attached please find the PDF file of your communications with Lien Lac.

Thank you for your kind assistance.

Justin Fok
Attorney at Law
Law Offices of Jean D. Chen
A Professional Corporation
2107 North First Street, Suite 300
San Jose, CA 95131
Tel: (408)437-1788
Fax: (408)437-9788
www.jclawoffice.com

**Exhibit 8**



U.S. Citizenship
and Immigration
Services

Home    Contact Us    Site Map    FAQ

Search    

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    · Education & Resource    Press Room

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
## California Service Center Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't·appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 20, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | April 12, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 6 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |

| | | | |
|---|---|---|---|
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | 3 Months |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants. | October 11, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | 6 Months |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | 3 Months |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | January 28, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 11 Weeks |
| I-765 | Application for Employment | All other applications for employment | 11 Weeks |

| | Authorization | authorization | |
|---|---|---|---|
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | February 19, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6 Months |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | June 09, 2004 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

[ Print This Page ]    [ Back ]

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security