```
 1  Justin Fok, Esq., CSBN: 242272
    Law Offices of Jean D. Chen
 2  2107 N. First Street, Suite 400
    San Jose, CA 95131
 3  Telephone: (408) 437-1788
    Facsimile:  (408) 437-9788   E-FILING
 4  Email: jfok@jclawoffice.com
 5
 6  Attorney for Plaintiffs
    Tony Ho,
 7  Jinling Zhang,
    Runru Zhang,
 8
```

FILED
2007 NOV -7 P 2: 56
ORIGINAL
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tony Ho,** <br> **Jinling Zhang,** <br> **Runru Zhang,** <br>         Plaintiffs, <br><br> v. <br><br> **Michael Chertoff**, Secretary of the Department of Homeland Security; <br> **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; <br><br>         Defendants | Case No. <br><br> **C07 05665 TEH** <br><br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **Immigration Case** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///

Case No.                                                1
Certification of Interested Entities or Persons

1 | Dated: 11/7/07

Respectfully Submitted,

*/s/ Justin Fok*
Justin Fok, CSBN: 242272
Attorney for Plaintiffs

Case No.                                                              2
Certification of Interested Entities or Persons