```
Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Tony Ho,
Jinling Zhang,
Runru Zhang,
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tony Ho,**<br>**Jinling Zhang,**<br>**Runru Zhang,**<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>　　　　　Defendants | Case No.<br><br>C07 05665 TEH<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Immigration Case |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///

Case No.                                                              1
Certification of Interested Entities or Persons

1 | Dated: 11/7/07

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiffs

Case No.                                              2
Certification of Interested Entities or Persons