# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*ADR E-FILING*

Tony Ho,
Jinling Zhang,
Runru Zhang,

v.

Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C07 05665 TEH**

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

NOV - 7 2007
DATE _____

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Tony Ho,
Jinling Zhang,
Runru Zhang,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

C07  05665  TEH

ADR E-FILING

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV - 7 2007
DATE

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/08/2007 |
| Name of SERVER: DE ZHANG | TITLE: Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Certified mail with return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $33.1 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/08/2007
              Date

Signature of Server: DNP

Address of Server:
LAW OFFICES OF JEAN D. CHEN
A Professional Corporation
2107 N. First St., Suite 400
San Jose, CA 95131

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure







## CERTIFCATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On  11/08/07  I served:

1) Summons in a Civil Action;
2) Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;
3) Order setting initial case management conference and ADR deadlines; Standing order for the honorable Thelton E. Henderson; Order of the chief judge.

on the persons or entities named below, for the case Ho et al. v. Chertoff et al. (C07-05665TEH), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Peter D. Keisler (By certified mail with return receipt)
Acting United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Civil Process Clerk (By certified mail with return receipt)
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Proof of Service: C07-05665TEH    1
Ho et al. v. Chertoff et al.

1  Office of the General Counsel (By certified mail with return receipt)
2  U.S. Department of Homeland Security
   Washington, DC 20528
3
4
5  Date of mailing: 11/08/07   Place of mailing: San Jose, California.
6  I declare under penalty of perjury under the laws of the United States of America that the
7  forgoing is true and correct.
8
9  Executed this on 11/08/07 at San Jose, California
10
11                                                    _____
12                                                           DE ZHANG
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proof of Service: C07-05665TEH               2
Ho et al. v. Chertoff et al.