Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Tony Ho, Jinling Zhang, and Runru Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# VOLUNTARY DISMISSAL

| | |
|---|---|
| **Tony Ho**, **Jinling Zhang**, **Runru Zhang**, <br><br>         Plaintiffs, <br><br>         v. <br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; <br><br>         Defendants. | Case No. C 07-05665 TEH <br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Plaintiffs, by and through their attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiffs' I-130 Applications.

///

///

///

Case No. C 07-05665 TEH                                  1
Notice of Voluntary Dismissal

1 | Dated: December 5, 2007

Respectfully Submitted,

_____/s/_____
Justin Fok, CSBN: 242272
Attorney for Plaintiffs

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 07-05665 TEH    2
Notice of Voluntary Dismissal