Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Tony Ho, Jinling Zhang, and Runru Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# VOLUNTARY DISMISSAL

| | |
|---|---|
| **Tony Ho**, **Jinling Zhang**, **Runru Zhang**,<br><br>        Plaintiffs,<br><br>    v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>        Defendants. | Case No. C 07-05665 TEH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Plaintiffs, by and through their attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiffs' I-130 Applications.

///

///

///

Case No. C 07-05665 TEH                      1
Notice of Voluntary Dismissal

1 | Dated: December 5, 2007

Respectfully Submitted,

_____/s/_____
Justin Fok, CSBN: 242272
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
IT IS SO ORDERED
Judge Thelton E. Henderson
12/06/07

Case No. C 07-05665 TEH          2
Notice of Voluntary Dismissal